IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GAIL FRENCH,

       Appellant,

v.

NORTHEAST FLORIDA
STATE HOSPITAL,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5659

Opinion filed July 8, 2016.

An appeal from a Final Order of the Division of Administrative Hearings.
E. Gary Early, Administrative Law Judge.

Nancy A. Daniels, Public Defender, and Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, for Appellant.

J. Melton Bessinger, Macclenny, for Appellee.

PER CURIAM.

       DISMISSED.

ROWE, KELSEY, and JAY, JJ., CONCUR.